```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MAT MOVIES & TELEVISION PRODUCTIONS :    10 Civ. 1405 (SHS)
GMBH PROJECT IV KG,
                                       :
                Plaintiff,
                                       :
        -against-                          ORDER
                                       :
RHI ENTERTAINMENT DISTRIBUTION, LLC,
                                       :
                Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    In light of the motion to dismiss filed by defendant on April 15, 2010,

    IT IS HEREBY ORDERED that the initial pretrial conference scheduled for April 30, 2010, at 10:30 a.m., is adjourned *sine die*.

Dated: New York, New York
       April 29, 2010

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.